# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   400CV282
     497CR181

KEITH LONDON

### ORDER

In that defendant Keith London's appeals have been exhausted in this case, *see* doc. ## 413-15, the Court **DENIES,** for docket-clearing purposes only, the following "straggler" motions: doc. # 303-1 (motion for leave to file § 2255 motion) and # 306-1 (motion to join co-defendant' motion).

This **23** day of November, 2004.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:    4:00-cv-00282
Date Served:    November 23, 2004
Served By:

Attorneys Served:

Keith London
Carlton R. Bourne Jr., Esq.

*Criminal case*

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate