ORIGINAL

FILED
U.S. DISTRICT COURT

2005 APR 12 PM 4: 07

CLERK_____
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 497-182 |
| v. | ) | CR 497-180 |
| | ) | CR 497-181 |
| THOMAS BRYANT, JR., ET. AL | ) | |
| BILLY MEDLOCK AND RALPH E. RILEY | ) | |
| KEITH J. COLEMAN, ET AL | ) | |

### GOVERNMENT'S MOTION FOR ORDER AUTHORIZING FBI TO DESTROY WEAPONS SEIZED IN CONNECTION WITH CAPTIONED CASES

NOW COMES the United States of America, by and through Lisa Godbey Wood, United States Attorney for the Southern District of Georgia, and by the undersigned Assistant United States Attorney and states the following:

The above captioned three indictments were investigated by the Savannah office of the Federal Bureau of Investigation.

All of the indicted individuals have been prosecuted. All but one were convicted.

All direct appeals have been concluded. There are also no ongoing post-conviction proceedings involving any of these defendants. Accordingly, the movant has not served any defendant or counsel with a copy of this motion.

In connection with the investigation that led to the three indictments, the following weapons were seized:

a. One (1) Remington Model 760, 30-06 Springfield Rifle brown and black in color, serial number 7468374; with one (1) scope Simmons whitetail classic 5-10X10 black in color; one brown leather sling;

b. One chrome cobra .38 special with brown wood grips, serial number H-78069; one chrome Davis industries model P-32 cal .32 auto with brown wood grips, serial number P069164; one B lack Grendel, Inc., P-10 pistol cal. .380, serial number 01929; six rounds (3 empty) of federal .38 special cart. Six rounds of R. P. .32 auto cartridges inside of clip;

c. One (1) chrome Davis Industries caliber .380 auto model P-380 with black plastic grips, serial number AP414968 with clip;

d. One (1) chrome Lorcin .25 cal auto, model L25 with pink plastic grips, serial number 126678; one (1) rip .25 auto, one (1) W. W. 25 Auto; one (1) sawed-off Mossberg 410 GA-full choke shot gun, model 183T, black with brown wood stock, serial number 844249; one (1) Sentinel delux .22 cal revolver with brown wood grips, serial number 1924074;

e. One (1) chrome .38 cal. revolver; Smith/Wesson gun, serial number 13763;

f. One (1) black ROHM GMBH Sontheim-Brenz Cal. .22, model RG-24, with tan plastic grips, serial number 134214;

g. One each .44 cal (black powder) pistol/revolver navy arms co., Ridgefield, N.J. , serial number 34218;

h. One (1) black in color Hi-point firearms .9 mm model C with black plastic grips, serial number P022388;

i. One (1) charter arms corp, pistol, black in color, five shot bulldog .44 SPL model, with black pachmayn grips, serial number 676317;

j. One (1) black in color Taurus .357 cal. magnum revolver with brown in color wooden grips, serial number KJ512923, with black holster (side kick).

No defendant or any other individual has put in a claim for any of these weapons. Due to the passage of time, any claim interposed at this time would be untimely.

WHEREFORE, the government moves the Court for an order authorizing the FBI to dispose of the listed seized weapons in a manner consistent with their internal rules and regulations.

                                      Respectfully submitted,

                                      LISA GODBEY WOOD
                                      UNITED STATES ATTORNEY

                                      Joseph D. Newman
                                      Assistant United States Attorney
                                      Georgia Bar No. 541150

100 Bull Street
P. O. Box 8970
Savannah, Georgia 31401
(912) 652-4422