ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

497CR180
497CR181
497CR182

THOMAS BRYANT, JR., et al.

## ORDER

The Government's unopposed motion (in 497CR180 doc. # 152; in 497CR181 doc. # 418; and in 197CR182 doc. # 232) for leave to destroy or otherwise dispose of the unclaimed weapons seized in this case is *GRANTED*.

This 1st day of August, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA  \*

    vs.  \*  CASE NO. ~~CR497-180, CR497-180~~

Thomas Bryant, et al  \*  CR497-181

  \*

  \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order dated 8/1/05 _____, which is part of the official records of this case.

Date of Mailing: 8/1/05
Date of Certificate: 8/1/05

SCOTT L. POFF, CLERK

By: _____
JGB

NAME:
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☐ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds